UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PIERRE LAMONT CARD, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-01051-CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. It appears that the instant action is duplicative of a previously-filed motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed in *Card v. United States*, No. 4:16-CV-984-CDP (E.D. Mo.). Because Case No. 4:16-CV-984-CDP was filed by counsel and bears the lower cause number, the instant § 2255 will be dismissed, without prejudice, as duplicative. As such, the Court will vacate its June 30, 2016 Memorandum and Order [Doc. 3] in this case, as it is not necessary for movant to submit a signed motion to vacate.

Accordingly,

**IT IS HEREBY ORDERED** that the Court's June 30, 2016 Memorandum and Order [Doc. 3] is **VACATED**.

**IT IS FURTHER ORDERED** that movant's pro se motion to vacate [Doc. 1] is **DENIED**, without prejudice, as duplicative of *Card v. United States*, No. 4:16-CV-984-CDP (E.D. Mo.).

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 8th day of July, 2016.

/s/ Catherine D. Perry
**CATHERINE D. PERRY**
**UNITED STATES DISTRICT JUDGE**